# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Fransisca Stanton, et al., | No. CV-21-00499-PHX-SRB |
| Plaintiffs, | **ORDER** |
| v. | |
| Sentinel Peak Capital LLC, et al., | |
| Defendants. | |

The Court has considered the parties' Stipulated Notice of Defendants' Non-Opposition to Plaintiffs' Motion to Remand Case to State Court.

IT IS ORDERED granting the Stipulated Notice of Defendants' Non-Opposition to Plaintiffs' Motion to Remand Case to State Court.

IT IS FURTHER ORDERED directing the Clerk to remand this case to the Maricopa County Superior Court.

IT IS FURTHER ORDERED that the parties shall bear their own costs and fees.

Dated this 20th day of October, 2021.

Susan R. Bolton
United States District Judge